847 A.2d 530

IN THE MATTER OF JAMES W. KENNEDY, AN ATTORNEY
AT LAW (ATTORNEY NO. 017231982)

May 5, 2004.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **JAMES W. KENNEDY** of **TOMS RIVER,** who was admitted to the bar of this State in 1983, and who was suspended from the practice of law for a period of six months effective October 13, 2003, by Order of this Court filed September 18, 2003, be restored to the practice of law, effective immediately.